UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HURU CLARK,

        Petitioner,

                              CASE NO. 06-CV-11751
v.                         HONORABLE JOHN CORBETT O'MEARA

BLAINE LAFLER,

        Respondent.
_____/

## ORDER GRANTING PETITIONER'S MOTION TO AMEND AND SETTING DEADLINES FOR FILING SUPPLEMENTAL PLEADINGS

      This matter is before the Court on Petitioner's motion to amend or supplement his habeas petition to add issues which were raised in his state court motion for relief from judgment and related appellate proceedings. Respondent has filed an answer to the original petition, asserting that those claims should be denied for lack of merit, but has not responded to the present motion.

      The Court has discretion to allow amendment of the habeas petition. *See* Rule 11, Rules Governing 28 U.S.C. § 2254 Cases; Fed. R. Civ. P. 15(a). Having considered the matter, the Court concludes that Petitioner may amend his petition to add his previously exhausted claims. Accordingly, the Court **GRANTS** Petitioner's motion to amend and **ORDERS** him to file any supplemental pleadings on or before **July 13, 2007**. The Court further **ORDERS** Respondent to file an answer to the additional issues on or before **September 13, 2007**.

                                                     s/John Corbett O'Meara
                                                     United States District Judge

Dated: May 17, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 17, 2007, by electronic and/or ordinary mail.

                                                      s/William Barkholz
                                                     Case Manager